```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
G.T., et al.,                                               :
                                                            :
                              Plaintiffs,                   :
                                                            :          20-cv-4743 (VSB)
              -against-                                     :
                                                            :              ORDER
NEW YORK CITY DEPARTMENT OF                                 :
EDUCATION,                                                  :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/1/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

On November 4, 2020, I granted the parties' request to stay this case until January 5, 2021, to allow the parties to engage in settlement negotiations. (Doc. 12.) The parties are directed to inform the Court about the status of those negotiations. Accordingly, it is hereby:

ORDERED that by March 8, 2021 the parties file a joint letter, no longer than three pages, informing the Court about the status of settlement negotiations.

SO ORDERED.

Dated:  March 1, 2021
        New York, New York

_____
Vernon S. Broderick
United States District Judge